Special Term denying defendant's motion for judgment upon the pleadings. The action was in equity for the specific performance of a contract between plaintiff and defendant William E. Smith. The supplemental complaint showed that defendant Smith had married a woman to whom his mother objected; that he feared his mother would revoke her will, under which he was to receive several millions of dollars if she learned of the marriage; and that Smith executed the contract as the price of plaintiff's promise to refrain from divulging to Smith's mother the fact of his said marriage.

The following question was certified: " Does the supplemental complaint herein state facts sufficient to constitute a cause of action? "

*Samuel Seabury* and *I. T. Flatto* for appellants.

*Henry M. T. Beekman* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

OLD HOMESTEAD WATER COMPANY, Appellant, *v.* G. HARRY TREYZ et al., Respondents.

*Eminent domain — condemnation proceedings — water works — filing of map of lands to be taken or entered upon necessary preliminary of proceeding to acquire right to divert waters of streams.*

*Old Homestead Water Co. v. Treyz,* 202 App. Div. 98, affirmed.

(Argued November 21, 1922; decided December 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 20, 1922, which reversed a final order in condemnation proceedings entered upon the report of a referee and dismissed the petition upon the ground that petitioner had failed to file the preliminary map required by section 83 of the Transportation Corporations Law. Plaintiff in this proceeding sought to acquire the right to divert the waters of certain streams in Sullivan county for the purpose of supplying water to the village of Livingston Manor.

*A. G. Patterson* for appellant.

*C. H. Hitchcock* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Application of CHARLES BARTHEL-MESS et al., Respondents, *v.* MORRIS CUKOR et al., Composing the Municipal Civil Service Commission of the City of New York, Respondents.

LAWRENCE J. BENNETT et al., Appellants.

*Appeal — unanimous affirmance of order denying motion for leave to intervene — appeal, without permission, to Court of Appeals dismissed.*

*Matter of Barthelmess* v. *Cukor,* 201 App. Div. 881, appeal dismissed.

(Submitted November 21, 1922; decided December 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1922, which unanimously affirmed an order of Special Term denying a motion by appellants herein to be made parties defendant in the above-entitled proceeding.

*Florence J. Sullivan* for appellants.

*Albert de Roode* for relators, respondents.

*John P. O'Brien, Corporation Counsel (John F. O'Brien* of counsel), for defendants, respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. O'BRIEN, Appellant, *v.* RICHARD E. ENRIGHT, Police Commissioner of the City of New York, Respondent.

*Police — New York city — dismissal of patrolman on charges.*

*People ex rel. O'Brien* v. *Enright,* 202 App. Div. 813, affirmed.

(Argued November 21, 1922; decided December 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1922, which dismissed a writ of certiorari and confirmed a determination of the police commissioner